

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,475-01

### EX PARTE CHRISTIAN DALE KING, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W-30917-A-1 IN THE 47TH DISTRICT COURT
### RANDALL COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of aggravated assault with a deadly weapon (count I) and possession of a controlled substance (count II) and sentenced to 30 years' imprisonment. The Seventh Court of Appeals affirmed his conviction. *King v. State*, No. 07-21-00164-CR (Tex. App.—Amarillo Jan. 9, 2023, no pet.) (Not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to advise him of his right to file a *pro se* petition for discretionary review. Based on the record, the trial court has determined that appellate counsel's performance was deficient and that Applicant would have timely filed a petition for

discretionary review but for counsel's deficient performance.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Seventh Court of Appeals in cause number 07-21-00164-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: July 2, 2025
Do not publish